|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | DISTRICT OF NEVADA | |
| | * * * | |
| ADRIAN JOHNSON, | | Case No. 2:18-cv-00647-GMN-EJY |
| Plaintiff, | | **ORDER** |
| v. | | |
| SGT D. HOLMS, *et al.*, | | |
| Defendants. | | |

Before the Court is Plaintiff's Request to Add Parties and Serve Notice of Summons Upon Unexcuted Summones. ECF No. 36. In his Motion, Plaintiff seeks to have service of his Amended Complaint officially served on Lt. Murphy (Ret.) who has been identified by defense counsel and on whose behalf defense counsel is authorized to accept service. ECF No. 31. Plaintiff also seeks service on "Garza"; however, defense counsel states that there is no individual by this name correctly identified in this action. *Id*. Instead, defense counsel believes Plaintiff is referring to Officer Corona. *Id*.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Request to Add Parties (ECF No. 36) is GRANTED.

IT IS FURTHER ORDERED that a copy of Plaintiff's Amended Complaint, ECF No. 9, is effectively served on Lt. Murphy by and through this Order. Defendant Murphy shall have twenty-one (21) days from the date of this Order to file his responsive pleading to Plaintiff's Amended Complaint.

IT IS FURTHER ORDERED that Plaintiff shall have twenty-one (21) days from the date of this Order to seek an amendment to his Amended Complaint for the sole purpose of adding Defendant Officer Corona. No other amendment to the operative Amended Complaint to shall be considered by the Court.

1

1    IT IS FURTHER ORDERED that if Plaintiff fails to follow this Order, Lt. Corona **shall** be
2 subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).
3    IT IS FURTHER ORDERED that the Clerk of Court shall mail of copy of this Order to
4 Plaintiff at the following address:

**Adrian Johnson**
5652528
Clark County Detention Center
330 South Casino Center
Las Vegas, NV 89101

DATED: January 2, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE