UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ADRIAN JOHNSON, | Case No. 2:18-cv-00647-GMN-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| SGT D. HOLMS, *et al*., | |
| Defendants. | |

Before the Court is LVMPD's Response to Order ECF No. 50, which was served on Plaintiff. The LVMPD states that there is no corrections officer by the name of "O. Cardiena;" however, there is a corrections officer by the name of Oscar Cardenas, P#16103. LVMPD has no information that would confirm that Officer Cardenas had any interaction with Plaintiff. The corrections officer who took the video on November 11, 2017, was Mark Pineda, P#10128. Counsel is not authorized to accept service on behalf of either of these individuals.

Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court shall issue summonses for OSCAR CARDENAS, P#16013, and MARK PINEDA, P#10128, and send the same to the U.S. Marshal together with two (2) copies of the Amended Complaint (ECF No. 9), two (2) copies of the Court's Screening Order (ECF No. 10), and two (2) copies of this Order for service on these Defendants.

IT IS FURTHER ORDERED that the Clerk of Court shall also send to Plaintiff two (2) USM-285 forms. Plaintiff shall have until **March 31, 2020** to complete the USM-285 service forms and return them to the U.S. Marshal, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101. The U.S. Marshal shall serve Oscar Cardenas and Mark Pineda within **thirty (30)** days of receipt of Plaintiff's completed USM-285.

IT IS FURTHER ORDERED that Plaintiff's failure to timely follow this Order will result in an Order precluding service on these two potential defendants.

1

1    IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to

2  Plaintiff at the following address:

3        Adrian Johnson, #5652528
          C/O Clark County Detention Center
4        330 South Casino Center
          Las Vegas, NV 89101
5

6        DATED this 11th day of March, 2020.

7

8

9        _____
         ELAYNA J. YOUCHAH
         UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2