UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN JOHNSON,<br><br>   Plaintiff,<br><br>v.<br><br>SGT D. HOLMS, *et al.*,<br><br>   Defendants. | Case No. 2:18-cv-00647-GMN-EJY<br><br>**ORDER** |

Plaintiff is no longer at the address on file with the Court (*see* ECF Nos. 172, 177) and has failed to file an updated address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1.[1]

Accordingly, IT IS HEREBY ORDERED that no later than **July 22, 2023** Plaintiff must file an updated address with the Court.

IT IS FURTHER ORDERED that the Clerk of the Court will send courtesy copies of this Order and the Order at ECF No. 173 to Plaintiff at High Desert State Prison, which is where he is housed as indicated on Plaintiff's Motion for Appointment of Counsel (ECF No. 72).

IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order will result in a recommendation to dismiss this case without prejudice.

DATED this 22nd day of June, 2023.

              _____
              ELAYNA J. YOUCHAH
              UNITED STATES MAGISTRATE JUDGE

---

[1] LR IA 3-1 states a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. … Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."