UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ADRIAN JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SGT D. HOLMS, *et al.*,<br><br>　　　　Defendants. | Case No. 2:18-cv-00647-GMN-EJY<br><br>**ORDER** |

Pending before the Court are Defendants' Motion for Continuance of Settlement Conference (ECF No. 193) and Plaintiff's Motion Requesting Mediator to Conduct Settlement Conference (ECF No. 196).

A settlement conference was previously set for February 9, 2024; however, the parties are not available on that date. The conference is reset for February 23, 2024. ECF No. 197.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for Continuance of Settlement Conference (ECF No. 193) and Plaintiff's Motion Requesting Mediator to Conduct Settlement Conference (ECF No. 196) are GRANTED and the settlement conference in this matter will occur via videoconference on February 23, 2024.

Dated this 4th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1