LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Sgt. Daniel Holm, Sgt. Mark Binko,*
*and Ryan Heise*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN JOHNSON, | CASE NO.: 2:18-cv-00647-GMN-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SGT D. HOLM, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants, Sgt. Daniel Holm, Sgt. Mark Binko, and Ryan Heise ("Defendants"), through their counsel, and Plaintiff, Adrian Johnson ("Plaintiff"), in proper person, that all of Plaintiff's claims against Defendants are hereby dismissed, with prejudice, with each party to bear their own attorney fees

///
///
///
///
///
///

6943.178

Page 1 of 2

and costs.

DATED this 10th day of ~~October~~ November, 2025.

DATED this 27th day of October, 2025.

KAEMPFER CROWELL

By: /s/ Lyssa S. Anderson
LYSSA S. ANDERSON
(Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI
(Nevada Bar No. 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorneys for Defendants*
*Sgt. Daniel Holm, Sgt. Mark Binko,*
*and Ryan Heise*

By: Adrian Johnson Agent A.L.L.
Adrian Johnson, #1266282
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

*Plaintiff, Pro Se*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

6943.178